■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAJESH BHOWAN, Appellant. [44 NYS3d 909]—Judgment, Supreme Court, Bronx County (Steven Lloyd Barrett, J.), rendered October 27, 2014, unanimously affirmed.

Although we do not find that defendant made a valid waiver of the right to appeal, we perceive no basis for reducing the sentence. Concur—Acosta, J.P., Mazzarelli, Feinman and Webber, JJ.